Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARLA DRAPER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZALE DELAWARE, INC.,<br><br>　　　　Defendant. | Case No. 2:25-cv-00925-MJP<br><br>(PROPOSED) ORDER GRANTING DEFENDANT ZALE DELAWARE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

THIS MATTER having come before the Court upon Defendant Zale Delaware, Inc.'s Unopposed Motion for an Extension of Time to Respond to Complaint (the "Motion"), the Court finds Defendant Zale Delaware, Inc. has shown good cause for its requested extension.

It is hereby ORDERED that the Motion is GRANTED. Defendant Zale Delaware, Inc. is authorized to respond to Plaintiff Carla Draper's Complaint on or before June 23, 2025.

SO ORDERED this __22__ day of __May__, 2025.

_____
HON. MARSHA J. PECHMAN
United States District Court Judge

(PROPOSED) ORDER GRANTING DEFENDANT ZALE DELAWARE, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101

128995089.1 0084430-00001