THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CARLA DRAPER,<br><br>    Plaintiff,<br><br>  v.<br><br>ZALE DELAWARE, INC.,<br><br>    Defendant. | Case No. 2:25-cv-00925-MJP<br><br>(PROPOSED) ORDER GRANTING THE PARTIES' JOINT MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT |

THIS MATTER having come before the Court upon Plaintiff Carla Draper ("Plaintiff") and Defendant Zale Delaware, Inc.'s Joint Motion for an Additional Extension of Time to Respond to Complaint (the "Motion"), the Court finds the Parties have shown good cause for their requested extension.

It is hereby ORDERED that the Motion is GRANTED. Defendant Zale Delaware, Inc. is authorized to respond to Plaintiff Carla Draper's Complaint on or before July 22, 2025.

SO ORDERED this 25th day of June, 2025.

_____
HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

(PROPOSED) ORDER GRANTING JOINT MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT- 1

129349422.1 0084430-00001

(PROPOSED) ORDER GRANTING JOINT MOTION FOR ADDITIONAL EXTENSION OF
TIME TO RESPOND TO SECOND AMENDED COMPLAINT- 2

129349422.1 0084430-00001